Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

Jose L. Torres,
Petitioner

    v.

Superintendent A. Titus
Orleans Corr. Fac,
Respondent

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 23-CV6468

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the petition is dismissed without prejudice.

Date: April 17, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: S/ Dawn K
    Deputy Clerk